IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DR. RONALD CLARKE, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 11-0643-CG-B |
| | ) | |
| TOBERT ENTERPRISES, LLC, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  Accordingly, Tolbert Enterprises, LLC's motion to dismiss amended complaint (Doc. 37) is **GRANTED**, and plaintiffs' claims against defendant Tolbert Enterprises, LLC are hereby **DISMISSED** with prejudice for failure to state a claim upon which relief can be granted.

**DONE and ORDERED** this 26th day of March, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE