**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DR. RONALD CLARKE, et al.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 11-0643-CG-B** |
| | ) | |
| **SOPRAMCO CV8,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  Accordingly, Sopramco CV8 motion to dismiss amended complaint (Doc. 53) is **GRANTED**, and plaintiffs' claims against defendant Sopramco CV8 hereby are **DISMISSED** with prejudice.

**DONE and ORDERED** this 29th day of July, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE