IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DR. RONALD CLARKE, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 11-0643-CG-B |
| ) | |
| TOLBERT ENTERPRISES, LLC, et al., ) ) ) | |
| Defendants. ) | |

## JUDGMENT NISI

Having determined by separate order entered this date that Greater Mobile Physicians for Women, PC ("Greater Mobile") failed to respond to the September 2, 2016 service of process of a Writ of Garnishment within the requisite time, the Court hereby enters a conditional judgment against Greater Mobile in the amount of $18,356.72 pursuant to § 6-6-457, Ala. Code 1975.

This Judgment will become final unless Greater Mobile appears and shows cause why this conditional judgment should not be made final and absolute within 30 days after notice of this Judgment is served upon Greater Mobile in accordance with Rule 4, Fed. R. Civ. P., or after two notices are returned not found.

**DONE and ORDERED** this 21st day of November, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE